# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CHRISTOPHER A. THORNSBERRY,     PLAINTIFF
ADC #169180

V.     2:21CV00113-LPR-JTK

MORIEON KELLY, et al.     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a careful and *de novo* review of those proposed findings and recommendations, the timely objections received thereto, and the entire record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS, THEREFORE, ORDERED that Defendant William Straughn is DISMISSED without prejudice. Thornsberry fails to state a viable claim against Straughn.

IT IS SO ORDERED this 4th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE