IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER A. THORNSBERRY,**          **PLAINTIFF**
**ADC #169180**

v.          Case No. 2:21CV00113-LPR-JTK

**MORIEON KELLY** *et al.*          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 27) is DENIED.

DATED this 23rd day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE